AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| Alonzo Martell Jenkins, Sr., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No.   3:13-cv-00274-DCN |
| Tim Riley; Miriam Middlebrooks; George Bobo; Christina Thompson, | ) |
| *Defendants* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The plaintiff, Alonzo Martell Jenkins, Sr., shall take nothing of the defendants; Tim Riley; Miriam Middlebrooks; George Bobo; Christina Thompson; as to the complaint filed pursuant to 42 U.S.C. 1983 and this action is dismissed.


This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Joseph R. McCrorey, United States Magistrate Judge, which granted defendants' motion to dismiss.


Date:   January 10, 2014                                           *ROBIN L. BLUME, CLERK OF COURT*

                                                                          s/A. Buckingham
                                                                   _____
                                                                   *Signature of Clerk or Deputy Clerk*